IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01991-BNB

FRANKIE LYNNETT MCCONNELL,

Plaintiff,

v.

DEPTEMENT [sic] OF CORRECTIONAL, and
DENVER HEALTH HOSPITAL,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 24 2010

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Frankie Lynnett McConnell, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Denver Women's Correctional Facility. She submitted to the Court *pro se* a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

In an order filed on August 19, 2010, Magistrate Judge Boyd N. Boland granted the § 1915 motion, required Ms. McConnell to pay the full amount of the $350.00 filing fee in installments, and directed her to pay an initial partial filing fee of $2.00 within thirty days or to show cause why she had no assets and no means by which to pay the designated initial partial filing fee. In order to show cause, Ms. McConnell was informed she must file a current copy of her trust fund account statement. The August 19 order warned Ms. McConnell that, if she failed by the designated deadline to have the $2.00 initial partial filing fee sent to the clerk of the Court or to show cause why she had no assets and no means by which to pay the initial partial filing fee, the complaint would be

dismissed without further notice. The August 19 order also informed Ms. McConnell that, after payment of the initial partial filing fee, she was required to make monthly payments of twenty percent of the preceding month's income credited to her trust fund account or show cause each month why she had no assets and no means by which to make the monthly payment by filing a current copy of her trust fund account statement.

On September 13, 2010, Ms. McConnell filed a DOC miscellaneous withdrawal slip showing she had requested that $2.00 be withdrawn from her inmate trust fund account to pay for the initial partial filing fee in this action. However, she has failed, within the time allowed, to pay the $2.00 initial partial filing fee or to show cause as directed why she is unable to do so. Therefore, the complaint and the action will be dismissed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Frankie Lynnett McConnell, within the time allowed, to pay the initial partial filing fee of $2.00 or to show cause as directed why she has no assets and no means by which to pay the designated initial partial filing fee.

DATED at Denver, Colorado, this  23rd  day of  September , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01991-BNB

Frankie Lynnett McConnell
Prisoner No. 63672
DWCF
PO Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/24/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk